JS-6

JACQUELYNE M. NGUYEN, Bar No. 249658
Law Office of Jacquelyne M. Nguyen
2900 Bristol Street, A-208
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: Jackie@jacquelynenguyenlaw.com
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>TERI M. CHAPPELL AKA TERI M. DRAPEAU<br><br>                    Defendant | Case No.: CV 13-6779 ODW (MANx)<br><br>Order |

**ORDER:**

　　IT IS SO ORDERED, and the Joint Stipulation to Dismiss Case for case no.: CV 13-6779; United States of America v. Teri M. Chappell aka Teri M. Drapeau is granted and TO BE ENTERED.

DATED:__January 15, 2014_____       *[signature]*

    _____

                              Honorable Otis D. Wright II,
                              United States District Judge

1